Marion Paskewicz, etc., Appellant, v. Pennsylvania Railroad Company, Defendant, Impleaded with Susquehanna Coal Company, Respondent.— Order affirmed, with ten dollars costs and disbursements, on the authority

of *Karosas* v. *Susquehanna Coal Co.* (172 App. Div. 873), decided herewith. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.